In the Matter of WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION.

STANISLAW FALTYNOWICZ et al., Appellants, and STATE OF NEW YORK, Intervenor-Appellant, v BATTERY PARK CITY AUTHORITY et al., Respondents.

SANTIAGO ALVEAR, Appellant, and STATE OF NEW YORK, Intervenor-Appellant, v BATTERY PARK CITY AUTHORITY, Respondent.

PETER CURLEY et al., Appellants, and STATE OF NEW YORK, Intervenor-Appellant, v BATTERY PARK CITY AUTHORITY, Respondent.

Decided February 9, 2017

See 846 F3d 58.

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge DiFiore and Judges Rivera, Abdus-Salaam, Stein, Fahey and Garcia.

Taking no part: Judge Wilson.